```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-03389-RNO
Michael Putalavage                                                  Chapter 13
Terri Putalavage
         Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 2              Date Rcvd: Sep 06, 2019
                              Form ID: ntnew341           Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
db/jdb         +Michael Putalavage,    Terri Putalavage,    249 Linder Street,    Minersville, PA 17954-1610
5232276        +Arcadia,    645 Penn St,    Reading, PA 19601-3543
5232277        +Cacl Fcu,    401 Beechwood Ave,    Mar Lin, PA 17951-9800
5232281        +Cornerstone,    Pob Box 145122,    Salt Lake City, UT 84114-5122
5232288      ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                 (address filed with court: Ditech Financial Llc,    332 Minnesota St Ste 610,
                  Saint Paul, MN 55101)
5232283        +Ditech,    PO Box 979282,    Miami, FL 33197-9282
5232285        +Ditech,    3000 Bayport Dr.Ste. 880,    Tampa, FL 33607-8409
5232286        +Ditech,    7360 South Kyrene Road,    Tempe, AZ 85283-4583
5232289         Educational Cred Mgmt,    111 Washington Ave,    Minneapolis, MN 55401
5232290        +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5232292        +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
5232296        +Paramount Recovery Sys,    Po Box 23369,    Waco, TX 76702-3369

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5232278        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2019 19:23:25     Comenitybank/victoria,
                 Po Box 182789,    Columbus, OH 43218-2789
5232279        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2019 19:23:25     Comenitybk/bonton,
                 Po Box 182789,    Columbus, OH 43218-2789
5232280        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2019 19:23:25     Comenitycb/boscov,
                 Po Box 182120,    Columbus, OH 43218-2120
5232287        +E-mail/Text: bankruptcy.bnc@ditech.com Sep 06 2019 19:23:23     DITECH FINANCIAL LLC,
                 POB 6172,    Rapid City, SD 57709-6172
5232282        +E-mail/PDF: pa_dc_ed@navient.com Sep 06 2019 19:29:56     Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
5232284        +E-mail/Text: bankruptcy.bnc@ditech.com Sep 06 2019 19:23:23     Ditech,    PO Box 6154,
                 Rapid City, SD 57709-6154
5232291        +E-mail/Text: bnc-capio@quantum3group.com Sep 06 2019 19:23:30     Mba Law Offices/capio,
                 3400 Texoma Parkway,    Sherman, TX 75090-1916
5232293        +E-mail/Text: Bankruptcies@nragroup.com Sep 06 2019 19:23:47     National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
5232294        +E-mail/PDF: pa_dc_claims@navient.com Sep 06 2019 19:29:56     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
5232295        +E-mail/PDF: cbp@onemainfinancial.com Sep 06 2019 19:29:39     Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
5238551         E-mail/Text: bnc-quantum@quantum3group.com Sep 06 2019 19:23:26
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
5232297        +E-mail/Text: bankruptcydepartment@tsico.com Sep 06 2019 19:23:44     Transworld Sys Inc/33,
                 Pob 15609,    Wilmington, DE 19850-5609
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.    on behalf of Debtor 2 Terri  Putalavage ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 Michael  Putalavage ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Putalavage,
**Debtor 1**

Terri Putalavage,
**Debtor 2**

Chapter 13

Case No. 5:19–bk–03389–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: October 28, 2019<br><br>Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CGambini, Deputy Clerk

Date: September 6, 2019

ntnew341 (04/18)