United States Bankruptcy Court
Middle District of Pennsylvania

In re: Michael Putalavage
Terri Putalavage
Debtor(s)

Case No. 5:19-bk-03389
Chapter 13

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Michael Putalavage__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, __Terri Putalavage__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [ ] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

- [✓] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date September 16, 2019     Signature /s/ Michael Putalavage
                                     Michael Putalavage
                                     Debtor

Date September 16, 2019     Signature /s/ Terri Putalavage
                                     Terri Putalavage
                                     Joint Debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy




Family Dollar, Inc.
10301 Monroe Road · Matthews, NC 28105
P.O. Box 1017 · Charlotte, NC 28201-1017
1-866-377-6420

Wage rates are determined by Family Dollar

## Statement of Earnings and Deductions

| | | | |
|---|---|---|---|
| Pay Statement Number: 2542439490 | | Net Pay: $1,365.42 | |
| Name: TERRI J PUTALAVAGE | | Social Security Number: XXX-XX-2211 | |
| Team Member ID: 366694 | | Location: 27359 | |
| Employee ID: 006030783 | | Employer: FAMILY DOLLAR 27359 | |
| Period Start: 7/14/2019 | | | |
| Period End: 7/27/2019 | | | |
| Payment Date: 8/2/2019 | | | |

### Federal and State Tax Withholdings

| Type | Status | Allowances | Additional |
|---|---|---|---|
| Federal | Married | 1 | $0.00 |
| State | Single | 0 | $0.00 |
| Local | Single | 0 | $0.00 |
| Local | Single | 0 | $0.00 |

### Earnings

| Description | Current | YTD |
|---|---|---|
| REG W | $1,209.94 | $29,186.43 |
| PTOVAC N | $864.25 | $3,784.70 |
| BONUS N | $0.00 | $2,390.67 |
| B TIMEDB | $0.00 | $425.31 |
| HOL PREM | $0.00 | $37.50 |
| B TIMECD | $0.00 | -$425.31 |
| **TOTAL EARNINGS** | **$2,074.19** | **$35,399.30** |

### Pay Statement Summary

| Description | Current | YTD |
|---|---|---|
| TOTAL EARNINGS | $2,074.19 | $35,399.30 |
| TOTAL TAX | -$322.00 | -$6,054.57 |
| TOTAL PRE-TAX | -$356.03 | -$5,696.48 |
| TOTAL OTHER (DEDUCTIONS) | -$30.74 | -$3,649.14 |
| **TOTAL NET EARNINGS** | **$1,365.42** | **$19,999.11** |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| SS Tax | $106.52 | $1,841.57 |
| FED TAX | $117.41 | $2,520.34 |
| MEDI W/H | $24.91 | $430.69 |
| PA UNEMP | $1.24 | $21.24 |
| PA W/H | $52.75 | $911.88 |
| PACQ653 | $8.59 | $148.51 |
| S-MINERw | $8.59 | $148.50 |
| PALV122 | $1.80 | $28.80 |
| S-POTTSV | $0.19 | $3.04 |
| **TOTAL TAX** | **$322.00** | **$6,054.57** |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DENTAL | $25.27 | $404.32 |
| MEDREIMB | $96.15 | $1,538.40 |
| HLTH PPO | $229.00 | $3,664.00 |
| VISION | $5.61 | $89.76 |
| **TOTAL PRE-TAX** | **$356.03** | **$5,696.48** |

### Other Deductions

| Description | Current | YTD |
|---|---|---|
| ACCD INS | $5.46 | $87.36 |
| CC ILL | $6.60 | $77.20 |
| DEPLIFE | $0.73 | $11.68 |
| STD INS | $10.22 | $163.52 |
| LIFE INS | $3.16 | $50.56 |
| SPSLIFE | $4.57 | $73.12 |
| COM APP | $0.00 | $25.94 |
| GFEE | $0.00 | $0.02 |
| GARNISH | $0.00 | $3,159.74 |
| **TOTAL OTHER** | **$30.74** | **$3,649.14** |

### Accruals Balance

| Balance Type | Hours |
|---|---|
| PREV VAC | 0.000000 |
| PTO | 48.000000 |

### Deposit Information




Family Dollar, Inc.
10301 Monroe Road · Matthews, NC 28105
P.O. Box 1017 · Charlotte, NC 28201-1017
1-866-377-6420

Wage rates are determined by Family Dollar

## Statement of Earnings and Deductions

| | | |
|---|---|---|
| **Pay Statement Number:** 2542439491 | | **Net Pay:** $251.17 |
| **Name:** TERRI J PUTALAVAGE | | **Social Security Number:** XXX-XX-2211 |
| **Team Member ID:** 366694 | | **Location:** 27359 |
| **Employee ID:** 006030783 | | **Employer:** FAMILY DOLLAR 27359 |
| **Period Start:** 6/30/2019 | | |
| **Period End:** 7/13/2019 | | |
| **Payment Date:** 8/2/2019 | | |

### Federal and State Tax Withholdings

| Type | Status | Allowances | Additional |
|---|---|---|---|
| Federal | Married | 1 | $0.00 |
| State | Single | 0 | $0.00 |
| Local | Single | 0 | $0.00 |
| Local | Single | 0 | $0.00 |

### Earnings

| Description | Current | YTD |
|---|---|---|
| BONUS N | $379.32 | $2,769.99 |
| REG W | $0.00 | $29,186.43 |
| PTOVAC N | $0.00 | $3,784.70 |
| B TIMEDB | $0.00 | $425.31 |
| HOL PREM | $0.00 | $37.50 |
| B TIMECD | $0.00 | -$425.31 |
| **TOTAL EARNINGS** | **$379.32** | **$35,778.62** |

### Pay Statement Summary

| Description | Current | YTD |
|---|---|---|
| TOTAL EARNINGS | $379.32 | $35,778.62 |
| TOTAL TAX | -$128.15 | -$6,182.72 |
| TOTAL PRE-TAX | -$0.00 | -$5,696.48 |
| TOTAL OTHER (DEDUCTIONS) | -$0.00 | -$3,649.14 |
| **TOTAL NET EARNINGS** | **$251.17** | **$20,250.28** |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| SS Tax | $23.52 | $1,865.09 |
| FED TAX | $83.45 | $2,603.79 |
| MEDI W/H | $5.50 | $436.19 |
| PA UNEMP | $0.23 | $21.47 |
| PA W/H | $11.65 | $923.53 |
| PACQ653 | $1.90 | $150.41 |
| S-MINERw | $1.90 | $150.40 |
| PALV122 | $0.00 | $28.80 |
| S-POTTSV | $0.00 | $3.04 |
| **TOTAL TAX** | **$128.15** | **$6,182.72** |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DENTAL | $0.00 | $404.32 |
| MEDREIMB | $0.00 | $1,538.40 |
| HLTH PPO | $0.00 | $3,664.00 |
| VISION | $0.00 | $89.76 |
| **TOTAL PRE-TAX** | **$0.00** | **$5,696.48** |

### Other Deductions

| Description | Current | YTD |
|---|---|---|
| ACCD INS | $0.00 | $87.36 |
| CC ILL | $0.00 | $77.20 |
| DEPLIFE | $0.00 | $11.68 |
| STD INS | $0.00 | $163.52 |
| LIFE INS | $0.00 | $50.56 |
| SPSLIFE | $0.00 | $73.12 |
| COM APP | $0.00 | $25.94 |
| GFEE | $0.00 | $0.02 |
| GARNISH | $0.00 | $3,159.74 |
| **TOTAL OTHER** | **$0.00** | **$3,649.14** |

### Accruals Balance

| Balance Type | Hours |
|---|---|
| PREV VAC | 0.000000 |
| PTO | 48.000000 |

**Deposit Information**




Family Dollar, Inc.
10301 Monroe Road · Matthews, NC 28105
P.O. Box 1017 · Charlotte, NC 28201-1017
1-866-377-6420

Wage rates are determined by Family Dollar

## Statement of Earnings and Deductions

**Pay Statement Number:** 2542373330  **Net Pay:** $1,365.39
**Name:** TERRI J PUTALAVAGE  **Social Security Number:** XXX-XX-2211
**Team Member ID:** 366694  **Location:** 27359
**Employee ID:** 006030783  **Employer:** FAMILY DOLLAR 27359
**Period Start:** 6/30/2019
**Period End:** 7/13/2019
**Payment Date:** 7/19/2019

### Federal and State Tax Withholdings

| Type | Status | Allowances | Additional |
|---|---|---|---|
| Federal | Married | 1 | $0.00 |
| State | Single | 0 | $0.00 |
| Local | Single | 0 | $0.00 |
| Local | Single | 0 | $0.00 |

### Earnings

| Description | Current | YTD |
|---|---|---|
| REG W | $1,555.64 | $27,976.49 |
| PTOVAC N | $518.55 | $2,920.45 |
| BONUS N | $0.00 | $2,390.67 |
| B TIMEDB | $0.00 | $425.31 |
| HOL PREM | $0.00 | $37.50 |
| B TIMECD | $0.00 | -$425.31 |
| **TOTAL EARNINGS** | **$2,074.19** | **$33,325.11** |

### Pay Statement Summary

| Description | Current | YTD |
|---|---|---|
| TOTAL EARNINGS | $2,074.19 | $33,325.11 |
| TOTAL TAX | -$322.03 | -$5,732.57 |
| TOTAL PRE-TAX | -$356.03 | -$5,340.45 |
| TOTAL OTHER (DEDUCTIONS) | -$30.74 | -$3,618.40 |
| **TOTAL NET EARNINGS** | **$1,365.39** | **$18,633.69** |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| SS Tax | $106.53 | $1,735.05 |
| FED TAX | $117.41 | $2,402.93 |
| MEDI W/H | $24.92 | $405.78 |
| PA UNEMP | $1.25 | $20.00 |
| PA W/H | $52.75 | $859.13 |
| PACQ653 | $8.59 | $139.92 |
| S-MINERw | $8.59 | $139.91 |
| PALV122 | $1.80 | $27.00 |
| S-POTTSV | $0.19 | $2.85 |
| **TOTAL TAX** | **$322.03** | **$5,732.57** |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DENTAL | $25.27 | $379.05 |
| MEDREIMB | $96.15 | $1,442.25 |
| HLTH PPO | $229.00 | $3,435.00 |
| VISION | $5.61 | $84.15 |
| **TOTAL PRE-TAX** | **$356.03** | **$5,340.45** |

### Other Deductions

| Description | Current | YTD |
|---|---|---|
| ACCD INS | $5.46 | $81.90 |
| CC ILL | $6.60 | $70.60 |
| DEPLIFE | $0.73 | $10.95 |
| STD INS | $10.22 | $153.30 |
| LIFE INS | $3.16 | $47.40 |
| SPSLIFE | $4.57 | $68.55 |
| COM APP | $0.00 | $25.94 |
| GFEE | $0.00 | $0.02 |
| GARNISH | $0.00 | $3,159.74 |
| **TOTAL OTHER** | **$30.74** | **$3,618.40** |

### Accruals Balance

| Balance Type | Hours |
|---|---|
| PREV VAC | 0.000000 |
| PTO | 88.000000 |

**Deposit Information**




Family Dollar, Inc.
10301 Monroe Road · Matthews, NC 28105
P.O. Box 1017 · Charlotte, NC 28201-1017
1-866-377-6420

Wage rates are determined by Family Dollar

## Statement of Earnings and Deductions

| | | | |
|---|---|---|---|
| Pay Statement Number: | 2542308100 | Net Pay: | $1,365.40 |
| Name: | TERRI J PUTALAVAGE | Social Security Number: | XXX-XX-2211 |
| Team Member ID: | 366694 | Location: | 27359 |
| Employee ID: | 006030783 | Employer: | FAMILY DOLLAR 27359 |
| Period Start: | 6/16/2019 | | |
| Period End: | 6/29/2019 | | |
| Payment Date: | 7/5/2019 | | |

### Federal and State Tax Withholdings

| Type | Status | Allowances | Additional |
|---|---|---|---|
| Federal | Married | 1 | $0.00 |
| State | Single | 0 | $0.00 |
| Local | Single | 0 | $0.00 |
| Local | Single | 0 | $0.00 |

### Earnings

| Description | Current | YTD |
|---|---|---|
| REG W | $2,074.19 | $26,420.85 |
| PTOVAC N | $0.00 | $2,401.90 |
| BONUS N | $0.00 | $2,304.92 |
| B TIMEDB | $0.00 | $425.31 |
| HOL PREM | $0.00 | $37.50 |
| B TIMECD | $0.00 | -$425.31 |
| TOTAL EARNINGS | $2,074.19 | $31,165.17 |

### Pay Statement Summary

| Description | Current | YTD |
|---|---|---|
| TOTAL EARNINGS | $2,074.19 | $31,165.17 |
| TOTAL TAX | -$322.02 | -$5,381.58 |
| TOTAL PRE-TAX | -$356.03 | -$4,984.42 |
| TOTAL OTHER (DEDUCTIONS) | -$30.74 | -$3,587.66 |
| TOTAL NET EARNINGS | $1,365.40 | $17,211.51 |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| SS Tax | $106.53 | $1,623.21 |
| FED TAX | $117.41 | $2,266.65 |
| MEDI W/H | $24.91 | $379.62 |
| PA UNEMP | $1.25 | $18.70 |
| PA W/H | $52.75 | $803.75 |
| PACQ653 | $8.59 | $130.90 |
| S-MINERw | $8.59 | $130.89 |
| PALV122 | $1.80 | $25.20 |
| S-POTTSV | $0.19 | $2.66 |
| TOTAL TAX | $322.02 | $5,381.58 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DENTAL | $25.27 | $353.78 |
| MEDREIMB | $96.15 | $1,346.10 |
| HLTH PPO | $229.00 | $3,206.00 |
| VISION | $5.61 | $78.54 |
| TOTAL PRE-TAX | $356.03 | $4,984.42 |

### Other Deductions

| Description | Current | YTD |
|---|---|---|
| ACCD INS | $5.46 | $76.44 |
| CC ILL | $6.60 | $64.00 |
| DEPLIFE | $0.73 | $10.22 |
| STD INS | $10.22 | $143.08 |
| LIFE INS | $3.16 | $44.24 |
| SPSLIFE | $4.57 | $63.98 |
| COM APP | $0.00 | $25.94 |
| GFEE | $0.00 | $0.02 |
| GARNISH | $0.00 | $3,159.74 |
| TOTAL OTHER | $30.74 | $3,587.66 |

### Accruals Balance

| Balance Type | Hours |
|---|---|
| PREV VAC | 0.000000 |
| PTO | 112.000000 |

### Deposit Information




Family Dollar, Inc.
10301 Monroe Road · Matthews, NC 28105
P.O. Box 1017 · Charlotte, NC 28201-1017
1-866-377-6420

Wage rates are determined by Family Dollar

## Statement of Earnings and Deductions

| | | | |
|---|---|---|---|
| Pay Statement Number: 2542308101 | | Net Pay: $56.79 | |
| Name: TERRI J PUTALAVAGE | | Social Security Number: XXX-XX-2211 | |
| Team Member ID: 366694 | | Location: 27359 | |
| Employee ID: 006030783 | | Employer: FAMILY DOLLAR 27359 | |
| Period Start: 5/19/2019 | | | |
| Period End: 6/1/2019 | | | |
| Payment Date: 7/5/2019 | | | |

### Federal and State Tax Withholdings

| Type | Status | Allowances | Additional |
|---|---|---|---|
| Federal | Married | 1 | $0.00 |
| State | Single | 0 | $0.00 |
| Local | Single | 0 | $0.00 |
| Local | Single | 0 | $0.00 |

### Earnings

| Description | Current | YTD |
|---|---|---|
| BONUS N | $85.75 | $2,390.67 |
| REG W | $0.00 | $26,420.85 |
| PTOVAC N | $0.00 | $2,401.90 |
| B TIMEDB | $0.00 | $425.31 |
| HOL PREM | $0.00 | $37.50 |
| B TIMECD | $0.00 | -$425.31 |
| TOTAL EARNINGS | $85.75 | $31,250.92 |

### Pay Statement Summary

| Description | Current | YTD |
|---|---|---|
| TOTAL EARNINGS | $85.75 | $31,250.92 |
| TOTAL TAX | -$28.96 | -$5,410.54 |
| TOTAL PRE-TAX | -$0.00 | -$4,984.42 |
| TOTAL OTHER (DEDUCTIONS) | -$0.00 | -$3,587.66 |
| TOTAL NET EARNINGS | $56.79 | $17,268.30 |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| SS Tax | $5.31 | $1,628.52 |
| FED TAX | $18.87 | $2,285.52 |
| MEDI W/H | $1.24 | $380.86 |
| PA UNEMP | $0.05 | $18.75 |
| PA W/H | $2.63 | $806.38 |
| PACQ653 | $0.43 | $131.33 |
| S-MINERw | $0.43 | $131.32 |
| PALV122 | $0.00 | $25.20 |
| S-POTTSV | $0.00 | $2.66 |
| TOTAL TAX | $28.96 | $5,410.54 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DENTAL | $0.00 | $353.78 |
| MEDREIMB | $0.00 | $1,346.10 |
| HLTH PPO | $0.00 | $3,206.00 |
| VISION | $0.00 | $78.54 |
| TOTAL PRE-TAX | $0.00 | $4,984.42 |

### Other Deductions

| Description | Current | YTD |
|---|---|---|
| ACCD INS | $0.00 | $76.44 |
| CC ILL | $0.00 | $64.00 |
| DEPLIFE | $0.00 | $10.22 |
| STD INS | $0.00 | $143.08 |
| LIFE INS | $0.00 | $44.24 |
| SPSLIFE | $0.00 | $63.98 |
| COM APP | $0.00 | $25.94 |
| GFEE | $0.00 | $0.02 |
| GARNISH | $0.00 | $3,159.74 |
| TOTAL OTHER | $0.00 | $3,587.66 |

### Accruals Balance

| Balance Type | Hours |
|---|---|
| PREV VAC | 0.000000 |
| PTO | 112.000000 |

### Deposit Information




Family Dollar, Inc.
10301 Monroe Road · Matthews, NC 28105
P.O. Box 1017 · Charlotte, NC 28201-1017
1-866-377-6420

Wage rates are determined by Family Dollar

## Statement of Earnings and Deductions

| | | |
|---|---|---|
| **Pay Statement Number:** 2542241277 | | **Net Pay:** $1,365.40 |
| **Name:** TERRI J PUTALAVAGE | | **Social Security Number:** XXX-XX-2211 |
| **Team Member ID:** 366694 | | **Location:** 27359 |
| **Employee ID:** 006030783 | | **Employer:** FAMILY DOLLAR 27359 |
| **Period Start:** 6/2/2019 | | |
| **Period End:** 6/15/2019 | | |
| **Payment Date:** 6/21/2019 | | |

### Federal and State Tax Withholdings

| Type | Status | Allowances | Additional |
|---|---|---|---|
| Federal | Married | 1 | $0.00 |
| State | Single | 0 | $0.00 |
| Local | Single | 0 | $0.00 |
| Local | Single | 0 | $0.00 |

### Earnings

| Description | Current | YTD |
|---|---|---|
| REG W | $1,382.79 | $24,346.66 |
| PTOVAC N | $691.40 | $2,401.90 |
| BONUS N | $0.00 | $2,304.92 |
| B TIMEDB | $0.00 | $425.31 |
| HOL PREM | $0.00 | $37.50 |
| B TIMECD | $0.00 | -$425.31 |
| **TOTAL EARNINGS** | **$2,074.19** | **$29,090.98** |

### Pay Statement Summary

| Description | Current | YTD |
|---|---|---|
| TOTAL EARNINGS | $2,074.19 | $29,090.98 |
| TOTAL TAX | -$322.02 | -$5,059.56 |
| TOTAL PRE-TAX | -$356.03 | -$4,628.39 |
| TOTAL OTHER (DEDUCTIONS) | -$30.74 | -$3,556.92 |
| **TOTAL NET EARNINGS** | **$1,365.40** | **$15,846.11** |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| SS Tax | $106.53 | $1,516.68 |
| FED TAX | $117.41 | $2,149.24 |
| MEDI W/H | $24.92 | $354.71 |
| PA UNEMP | $1.24 | $17.45 |
| PA W/H | $52.75 | $751.00 |
| PACQ653 | $8.59 | $122.31 |
| S-MINERw | $8.59 | $122.30 |
| PALV122 | $1.80 | $23.40 |
| S-POTTSV | $0.19 | $2.47 |
| **TOTAL TAX** | **$322.02** | **$5,059.56** |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DENTAL | $25.27 | $328.51 |
| MEDREIMB | $96.15 | $1,249.95 |
| HLTH PPO | $229.00 | $2,977.00 |
| VISION | $5.61 | $72.93 |
| **TOTAL PRE-TAX** | **$356.03** | **$4,628.39** |

### Other Deductions

| Description | Current | YTD |
|---|---|---|
| ACCD INS | $5.46 | $70.98 |
| CC ILL | $6.60 | $57.40 |
| DEPLIFE | $0.73 | $9.49 |
| STD INS | $10.22 | $132.86 |
| LIFE INS | $3.16 | $41.08 |
| SPSLIFE | $4.57 | $59.41 |
| COM APP | $0.00 | $25.94 |
| GFEE | $0.00 | $0.02 |
| GARNISH | $0.00 | $3,159.74 |
| **TOTAL OTHER** | **$30.74** | **$3,556.92** |

### Accruals Balance

| Balance Type | Hours |
|---|---|
| PREV VAC | 0.000000 |
| PTO | 112.000000 |

**Deposit Information**