```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-03389-RNO
Michael Putalavage                                                  Chapter 13
Terri Putalavage
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 2             Date Rcvd: Oct 30, 2019
                              Form ID: ntcnfhrg           Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
```
db/jdb         +Michael Putalavage,   Terri Putalavage,   249 Linder Street,   Minersville, PA 17954-1610
5232276        +Arcadia,   645 Penn St,   Reading, PA 19601-3543
5232277        +Cacl Fcu,   401 Beechwood Ave,   Mar Lin, PA 17951-9800
5254283         CornerStone Education Loan Services,   PO Box 145123,   Salt Lake City, UT 84114-5123
5232281        +Cornerstone,   Pob Box 145122,   Salt Lake City, UT 84114-5122
5232288       ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
                 (address filed with court: Ditech Financial Llc,   332 Minnesota St Ste 610,
                  Saint Paul, MN 55101)
5232283        +Ditech,   PO Box 979282,   Miami, FL 33197-9282
5232285        +Ditech,   3000 Bayport Dr.Ste. 880,   Tampa, FL 33607-8409
5232286        +Ditech,   7360 South Kyrene Road,   Tempe, AZ 85283-4583
5257928        +Ditech Financial LLC,   P.O. Box 12740,   Tempe, AZ 85284-0046
5232289         Educational Cred Mgmt,   111 Washington Ave,   Minneapolis, MN 55401
5232290        +KML,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
5232292        +Midland Funding,   320 E Big Beaver Rd Ste,   Troy, MI 48083-1271
5232296        +Paramount Recovery Sys,   Po Box 23369,   Waco, TX 76702-3369
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5232278        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 30 2019 19:36:47      Comenitybank/victoria,
                  Po Box 182789,   Columbus, OH 43218-2789
5232279        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 30 2019 19:36:47      Comenitybk/bonton,
                  Po Box 182789,   Columbus, OH 43218-2789
5232280        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 30 2019 19:36:47      Comenitycb/boscov,
                  Po Box 182120,   Columbus, OH 43218-2120
5232287        +E-mail/Text: bankruptcy.bnc@ditech.com Oct 30 2019 19:36:42      DITECH FINANCIAL LLC,
                  POB 6172,   Rapid City, SD 57709-6172
5232282        +E-mail/PDF: pa_dc_ed@navient.com Oct 30 2019 19:38:54      Dept Of Ed/navient,   Po Box 9635,
                  Wilkes Barre, PA 18773-9635
5232284        +E-mail/Text: bankruptcy.bnc@ditech.com Oct 30 2019 19:36:42      Ditech,   PO Box 6154,
                  Rapid City, SD 57709-6154
5232291        +E-mail/Text: bnc-capio@quantum3group.com Oct 30 2019 19:37:00      Mba Law Offices/capio,
                  3400 Texoma Parkway,   Sherman, TX 75090-1916
5253505        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 30 2019 19:37:02      Midland Funding LLC,
                  PO Box 2011,   Warren, MI 48090-2011
5232293        +E-mail/Text: Bankruptcies@nragroup.com Oct 30 2019 19:37:27      National Recovery Agen,
                  2491 Paxton St,   Harrisburg, PA 17111-1036
5232294        +E-mail/PDF: pa_dc_claims@navient.com Oct 30 2019 19:40:44      Navient,   Po Box 9500,
                  Wilkes Barre, PA 18773-9500
5258798         E-mail/PDF: pa_dc_claims@navient.com Oct 30 2019 19:38:54
                  Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                  Wilkes-Barre, PA 18773-9635
5243389         E-mail/PDF: cbp@onemainfinancial.com Oct 30 2019 19:39:36      ONEMAIN,   PO BOX 3251,
                  EVANSVILLE, IN. 47731-3251
5232295        +E-mail/PDF: cbp@onemainfinancial.com Oct 30 2019 19:40:24      Onemain,   Po Box 1010,
                  Evansville, IN 47706-1010
5246803         E-mail/Text: bnc-quantum@quantum3group.com Oct 30 2019 19:36:53      Quantum3 Group LLC,
                  P.O. Box 788,   Kirkland, WA 98083-0788
5238551         E-mail/Text: bnc-quantum@quantum3group.com Oct 30 2019 19:36:53
                  Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
5232297        +E-mail/Text: bankruptcydepartment@tsico.com Oct 30 2019 19:37:20      Transworld Sys Inc/33,
                  Pob 15609,   Wilmington, DE 19850-5609
                                                                                              TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5246782*       +Arcadia,   645 Penn St,   Reading, PA 19601-3543
5246783*       +Cacl Fcu,   401 Beechwood Ave,   Mar Lin, PA 17951-9800
5246784*       +Comenitybank/victoria,   Po Box 182789,   Columbus, OH 43218-2789
5246785*       +Comenitybk/bonton,   Po Box 182789,   Columbus, OH 43218-2789
5246786*       +Comenitycb/boscov,   Po Box 182120,   Columbus, OH 43218-2120
5246787*       +Cornerstone,   Pob Box 145122,   Salt Lake City, UT 84114-5122
5246793*       +DITECH FINANCIAL LLC,   POB 6172,   Rapid City, SD 57709-6172
5246794*      ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
                 (address filed with court: Ditech Financial Llc,   332 Minnesota St Ste 610,
                  Saint Paul, MN 55101)
5246788*       +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5246790*       +Ditech,   PO Box 6154,   Rapid City, SD 57709-6154
5246792*       +Ditech,   7360 South Kyrene Road,   Tempe, AZ 85283-4583
5246791*       +Ditech,   3000 Bayport Dr.Ste. 880,   Tampa, FL 33607-8409
5246789*       +Ditech,   PO Box 979282,   Miami, FL 33197-9282
5246795*        Educational Cred Mgmt,   111 Washington Ave,   Minneapolis, MN 55401
5246796*       +KML,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
5246797*       +Mba Law Offices/capio,   3400 Texoma Parkway,   Sherman, TX 75090-1916
5246798*       +Midland Funding,   320 E Big Beaver Rd Ste,   Troy, MI 48083-1271
```

```
District/off: 0314-5           User: CGambini            Page 2 of 2            Date Rcvd: Oct 30, 2019
                               Form ID: ntcnfhrg         Total Noticed: 30
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
5246799*        +National Recovery Agen,   2491 Paxton St,   Harrisburg, PA 17111-1036
5246800*        +Navient,    Po Box 9500,   Wilkes Barre, PA 18773-9500
5246801*        +Onemain,    Po Box 1010,   Evansville, IN 47706-1010
5246802*        +Paramount Recovery Sys,   Po Box 23369,   Waco, TX 76702-3369
5246804*        +Transworld Sys Inc/33,   Pob 15609,   Wilmington, DE 19850-5609
                                                                    TOTALS: 0, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.    on behalf of Debtor 2 Terri  Putalavage ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 Michael  Putalavage ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Michael Putalavage, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | | |
| | Case No. | 5:19–bk–03389–RNO |
| Terri Putalavage, | | |
| **Debtor 2** | | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **December 13, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: December 20, 2019 Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CGambini, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 30, 2019 |

ntcnfhrg (03/18)