United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 19-03389-RNO
Michael Putalavage     Chapter 13
Terri Putalavage
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 17, 2021     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5383418 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor New Residential Mortgage LLC bkgroup@kmllawgroup.com |
| Paul W McElrath, Jr. | on behalf of Debtor 2 Terri Putalavage ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Michael Putalavage ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MICHAEL PUTALAVAGE | : | CASE NO.: 5-19-bk-03389-RNO |
| TERRI PUTALAVAGE | : | |
|    Debtors | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
|    Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| U.S. DEPARTMENT OF EDUCATION | : | |
|    Claimant | : | |

## ORDER

AND NOW, at Wilkes-Barre, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 15 of U.S. Department of Education and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 15 of U.S. Department of Education shall be deemed untimely filed.

Dated: February 17, 2021

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge (DG)