United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-03389-MJC |
| Michael Putalavage | Chapter 13 |
| Terri Putalavage | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 12, 2024 | Form ID: pdf010 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Putalavage, Terri Putalavage, 249 Linder Street, Minersville, PA 17954-1610 |
| 5232276 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 5232277 | + | Cacl Fcu, 401 Beechwood Ave, Mar Lin, PA 17951-9800 |
| 5254283 | | CornerStone Education Loan Services, PO Box 145123, Salt Lake City, UT 84114-5123 |
| 5232281 | + | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 5232287 | | DITECH FINANCIAL LLC, POB 6172, Rapid City, SD 57709 |
| 5232284 | | Ditech, PO Box 6154, Rapid City, SD 57709 |
| 5232286 | + | Ditech, 7360 South Kyrene Road, Tempe, AZ 85283-4583 |
| 5232283 | + | Ditech, PO Box 979282, Miami, FL 33197-9282 |
| 5257928 | + | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 5232288 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 5383418 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Mar 12 2024 18:49:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid & Crane LLP, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 12 2024 18:49:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & P, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 5232278 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2024 18:49:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 5232279 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2024 18:49:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 5232280 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2024 18:49:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 5232282 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 12 2024 18:55:21 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5232289 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 12 2024 18:49:00 | Educational Cred Mgmt, 111 Washington Ave, Minneapolis, MN 55401 |
| 5232290 | ^ | MEBN | Mar 12 2024 18:43:59 | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5232291 | + | Email/Text: bnc-capio@quantum3group.com | Mar 12 2024 18:49:00 | Mba Law Offices/capio, 3400 Texoma Parkway, Sherman, TX 75090-1916 |
| 5232292 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2024 18:49:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 5253505 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2024 18:49:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5232293 | + | Email/Text: Bankruptcies@nragroup.com | Mar 12 2024 18:49:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5232294 | + | Email/PDF: pa_dc_claims@navient.com | Mar 12 2024 18:56:06 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5258798 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 12 2024 18:53:57 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5291197 | | Email/Text: mtgbk@shellpointmtg.com | Mar 12 2024 18:49:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5291196 | | Email/Text: mtgbk@shellpointmtg.com | Mar 12 2024 18:49:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5243389 | | Email/PDF: cbp@omf.com | Mar 12 2024 18:54:02 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5232295 | + | Email/PDF: cbp@omf.com | Mar 12 2024 18:55:09 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5232296 | | Email/Text: clientservices@paramountrecovery.com | Mar 12 2024 18:49:00 | Paramount Recovery Sys, Po Box 23369, Waco, TX 76702 |
| 5246803 | | Email/Text: bnc-quantum@quantum3group.com | Mar 12 2024 18:49:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5238551 | | Email/Text: bnc-quantum@quantum3group.com | Mar 12 2024 18:49:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5232297 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 12 2024 18:49:00 | Transworld Sys Inc/33, Pob 15609, Wilmington, DE 19850-5609 |
| 5465641 | + | Email/Text: RASEBN@raslg.com | Mar 12 2024 18:49:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid,Crane, PLLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 5460112 | + | Email/Text: bkteam@selenefinance.com | Mar 12 2024 18:49:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5521041 | + | Email/Text: EBN@edfinancial.com | Mar 12 2024 18:49:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5246782 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 5246783 | *+ | Cacl Fcu, 401 Beechwood Ave, Mar Lin, PA 17951-9800 |
| 5246784 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 5246785 | *+ | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 5246786 | *+ | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 5246787 | *+ | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 5246793 | * | DITECH FINANCIAL LLC, POB 6172, Rapid City, SD 57709 |
| 5246788 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |

| | | |
| --- | --- | --- |
| 5246791 | *+ | Ditech, 3000 Bayport Dr.Ste. 880, Tampa, FL 33607-8409 |
| 5246792 | *+ | Ditech, 7360 South Kyrene Road, Tempe, AZ 85283-4583 |
| 5246789 | *+ | Ditech, PO Box 979282, Miami, FL 33197-9282 |
| 5246790 | * | Ditech, PO Box 6154, Rapid City, SD 57709 |
| 5246794 | *+ | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 5246795 | * | Educational Cred Mgmt, 111 Washington Ave, Minneapolis, MN 55401 |
| 5246796 | *+ | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5246797 | *+ | Mba Law Offices/capio, 3400 Texoma Parkway, Sherman, TX 75090-1916 |
| 5246798 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 5246799 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5246800 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5246801 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5246802 | *P++ | PARAMOUNT RECOVERY SYSTEMS, ATTN SUSAN SANCHEZ, 7524 BOSQUE BLVD SUITE L, WACO TX 76712-3772, address filed with court:, Paramount Recovery Sys, Po Box 23369, Waco, TX 76702 |
| 5246804 | *+ | Transworld Sys Inc/33, Pob 15609, Wilmington, DE 19850-5609 |
| 5460113 | *+ | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5232285 | ##+ | Ditech, 3000 Bayport Dr.Ste. 880, Tampa, FL 33607-8409 |

TOTAL: 0 Undeliverable, 23 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor New Residential Mortgage LLC bkgroup@kmllawgroup.com |
| Paul W McElrath, Jr. | on behalf of Debtor 2 Terri Putalavage ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Michael Putalavage ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| | : | |
| WYNTON J. WILLIAMS, | : | CASE NO.: 1-19-bk-04591-HWV |
| ANDREA R. KEITH, | : | CASE NO.: 1-22-bk-02326-HWV |
| TAWNIA DIEHL, | : | CASE NO.: 4-19-bk-00161-MJC |
| JUSTIN HOLLABAUGH, | : | CASE NO.: 4-19-bk-02563-MJC |
| MATTHEW RAGAN, | : | CASE NO.: 4-19-bk-03804-MJC |
| JEFFREY E. STRYKER and SHERRY A. STRYKER, | : | CASE NO.: 4-21-bk-01259-MJC |
| MARSHA K. FANNIN, | : | CASE NO.: 4-23-bk-00040-MJC |
| NESTOR ARIAS and COLEEN ARIAS, | : | CASE NO.: 5-18-bk-02033-MJC |
| BARRY FRANCIONI, | : | CASE NO.: 5-18-bk-04456-MJC |
| CHRISTINA CHABAN, | : | CASE NO.: 5-19-bk-01416-MJC |
| THOMAS R. HOMENCHAK, | : | CASE NO.: 5-19-bk-02085-MJC |
| MICHAEL PUTALAVAGE and TERRI PUTALAVAGE, | : | CASE NO.: 5-19-bk-03389-MJC |
| PAUL WERKHEISER, | : | CASE NO.: 5-20-bk-00245-MJC |
| JOSEPH HOLLOMAN, | : | CASE NO.: 5-20-bk-01593-MJC |
| RONALD WALTON, | : | CASE NO.: 5-21-bk-01053-MJC |
| | : | |
| DEBTORS, | : | |

## ORDER OF COURT

**WHEREAS**, on December 8, 2023, the United States Trustee ("UST") filed twenty-three (23) Motions for Status Conference in the pending Chapter 13 cases filed by Attorney Paul McElrath ("Attorney McElrath") in the Middle District of Pennsylvania due to repeated issues with client communications;

**WHEREAS**, on January 9, 2024, the Honorable Henry W. Van Eck held and completed a status conference with Attorney McElrath, Attorney Joseph Schalk, appearing on behalf of the UST, and Attorney Jack Zaharopoulos, the Chapter 13 Trustee, in the matters pending before him;

**WHEREAS**, on January 10, 2024, the Honorable Mark J. Conway held and continued a status conference to March 7, 2024, in the matters pending before him to allow Attorney McElrath time to work with the UST and Chapter 13 Trustee on finalizing a plan of action for addressing the concerns raised by the UST;

**WHEREAS**, subsequent thereto, Attorney McElrath experienced worsening health issues, which have impacted his ability to resolve the issues raised by the UST;

**WHEREAS**, on March 5, 2024, the United States Bankruptcy Court for the Western District of Pennsylvania filed a Consent Order of Court whereby Attorney McElrath voluntarily agreed to cease the representation of debtor clients in Chapter 13 cases due significant health concerns, effective immediately, and further agreed to a transition process for his open Chapter 13 cases;

**WHEREAS**, via a status report filed February 9, 2024, the UST represented to the Court that Attorney McElrath intended to enter into a similarly-styled arrangement to transition his Chapter 13 clients to alternate counsel in the Middle District of Pennsylvania;

**WHEREAS**, the Honorable Mark J. Conway held the continued status conference on March 7, 2024, at which time, Attorney McElrath was unable to appear and Attorney Schalk advised the Court of the developments in the Western District of Pennsylvania, including the entry of the Consent Order of Court;

**WHEREAS**, the Court, concerned that Attorney McElrath was not able to discharge his duties as counsel for the affected Chapter 13 debtors in the Middle District elected to enter this Order to address all outstanding Chapter 13 cases involving Attorney McElrath;

**WHEREAS**, upon consideration of the concerns raised by the UST, the information contained in the Consent Order of Court filed in the Western District of Pennsylvania, the record as a whole, and the Court having determined that it necessary to protect the interests of Attorney McElrath's Chapter 13 clients, **IT IS HEREBY ORDERED THAT**:

1. Attorney McElrath will, except as otherwise provided for in this Order, cease the representation of debtor clients in Chapter 13 cases in the United States Bankruptcy Court for the Middle District of Pennsylvania, effective as of the date of this Order.

2. Notwithstanding the cessation of representation of existing clients, Attorney McElrath shall: (i) be obligated to deliver on a go-forward basis, all client documents (including such paper and electronic documents as are available) requested by the debtor clients and/or any substituting or new counsel; (ii) maintain, on a go forward basis (for no less than two years from the date of this Order), a working telephone number and email address, which he shall provide to all existing Chapter 13 debtor clients, the Chapter 13 Trustee, the UST, and the substituting or new counsel in each client's case, and shall answer, to the best of his ability, any inquiries directed to him concerning the case from existing clients, the Chapter 13 Trustee, UST, or substituting or new counsel; and (iii) be permitted to file certifications of discharge eligibility and other documents required for case completion for those debtor clients whose cases have or will be completed and the debtor client has not employed substitute counsel to file such documents.

3. The Chapter 13 Trustee shall issue a letter in the form attached hereto as Exhibit "A" ("Notice Letter") notifying the debtors of the health issues experienced by Attorney McElrath and advising them that Attorney McElrath is unable to complete their bankruptcy cases. The Notice Letter shall include a list of MDBBA attorneys that have agreed to discuss

accepting transfer files from Attorney McElrath and direct the debtors to secure alternate counsel within sixty (60) days, or otherwise they will be deemed to be proceeding *pro se.*

    4.    All actions in the affected Chapter 13 cases shall be administratively stayed for a period of sixty (60) days to allow the debtors to secure alternate counsel.

Dated: March 12, 2024                    By the Court,

                                              Mark J. Conway, Bankruptcy Judge  (KM)

# EXHIBIT A

**JACK N. ZAHAROPOULOS**
STANDING CHAPTER 13 TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA

Agatha R. McHale  8125 ADAMS DRIVE, SUITE A  Douglas R. Roeder
Attorney at Law  HUMMELSTOWN, PA 17036  Attorney at Law

TELEPHONE (717) 566-6097
E-MAIL: info@pamd13trustee.com

March __, 2024

(Debtor Name)
(Debtor Address)

    Re:    Case No. _____

Dear Mr. and/or Mrs. _____:

    It is my unfortunate duty to inform you that your attorney, Paul McElrath, has suffered from serious health issues in the past few months and these issues have impacted his ability to discharge his duties as your counsel. The Court, the Office of the United States Trustee and my office were notified that Attorney McElrath has therefore made the decision to step away from his legal practice for the time being to concentrate on his health. The Court has entered an Order addressing this matter and a copy of it is attached hereto for your review. Our office has been asked by the Court to notify you of this development and to inform you of your options for substitute counsel.

    Many skilled Chapter 13 attorneys have agreed to discuss assuming representation of Attorney McElrath's clients. Attached to this letter is a list of attorneys with their contact information. The Court has asked me to strongly encourage you to immediately contact one of the attorneys on the attached list and make arrangements for the transfer of your file. Again, please do this right away as time is of the essence.

    If you chose one of the Substitute Attorneys from the list and he/she agrees to take over your case, the attorney will: (a) enter an appearance in your case to replace Attorney McElrath; (b) familiarize themselves with your case and consult with the Chapter 13 Trustee concerning the status of your case and determine if there are any outstanding matters that need to be addressed (including payment arrears and outstanding plan contingencies); and (c) then communicate with you concerning your case.

    You, of course, have the right to represent yourself, but please remember that the failure rate of completing a Chapter 13 case without an attorney is very high. If a Substitute Attorney does not enter an appearance in your case in the next 45 days, the Court will presume you are proceeding *pro se*, or representing yourself.

      The fastest and easiest way to obtain a Substitute Attorney is for you to directly call or email one (or more) of the attorneys on the attached list. If it is important to you to choose a lawyer near where you live, we have included the addresses of the attorneys' office locations.

      While you may attempt to reach Attorney McElrath by phone or email, it is my understanding that he is currently limited by his health. If you have questions regarding this matter, you may contact my office at 717-566-6097.

      Thank you for your understanding.

                                    Very truly yours,

                                    Jack N. Zaharopoulos
                                    Chapter 13 Trustee
                                    8125 Adams Dr., Ste. A
                                    Hummelstown, PA 17036

Enclosures