UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:      CASE NO.: 19-03389
     CHAPTER 13

**Michael Putalavage,**
    Debtor.

**Terri Putalavage,**
    Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
       Authorized Agent for Secured Creditor
       130 Clinton Rd #202
       Fairfield, NJ 07004
       Telephone: 470-321-7112

       By: /s/Robert Shearer
          Robert Shearer
          Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL PUTALAVAGE
249 LINDER STREET
MINERSVILLE, PA 17954

TERRI PUTALAVAGE
249 LINDER STREET
MINERSVILLE, PA 17954

And via electronic mail to:

MCELRATH LEGAL HOLDINGS, LLC
1641 SAW MILL RUN BOULEVARD
PITTSBURGH, PA 15210

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Emily Cheng