IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case Number 5:19-bk-03389-MJC |
| **Michael Putalavage and Terri Putalavage,** | : | Chapter 13 |
| | : | |
| Debtors | : | |

## ENTRY OF APPEARANCE AS COUNSEL FOR DEBTORS

Please enter the appearance of Lisa M. Doran, Esquire of the law firm of Doran & Doran, P.C. as substitute counsel to the Debtors in the above captioned bankruptcy case.

Respectfully submitted,

Dated: April 18, 2024

/s/ *Lisa M. Doran*

Lisa M. Doran, Esquire – ID #58879
Doran & Doran, P.C.
Attorney for the Debtors
69 Public Square, Ste 700
Wilkes Barre, PA 18701
570 823-9111   fax 570 829-3222