United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-03389-MJC |
| Michael Putalavage | Chapter 13 |
| Terri Putalavage | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 30, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

**Recip ID**     **Recipient Name and Address**
+     Family Dollar, Attention: Payroll Administrator, PO Box 1017, Charlotte, NC 28201-1017

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:

**Name**     **Email Address**

Charles G. Wohlrab
    on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Charles G. Wohlrab
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor New Residential Mortgage LLC bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

| | |
|---|---|
| Lisa M. Doran | on behalf of Debtor 1 Michael Putalavage ldoran@dorananddoran.com LDoran@jubileebk.net |
| Lisa M. Doran | on behalf of Debtor 2 Terri Putalavage ldoran@dorananddoran.com LDoran@jubileebk.net |
| Robert Shearer | on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : **Chapter:** 13
: **Case No.** 5:19-bk-03389-MJC
**Michael Putalavage and Terri Putalavage**,:
:
      Debtors :

## Order Terminating Wage Attachment

Upon Motion filed by Doran & Doran, P.C. on behalf of the above Debtor, Terri Putalavage, requesting that the Wage Attachment to pay Chapter 13 Plan Payments be terminated because the Plan has now been fully paid, Dkt. # 75 ("Motion'"), it is

**ORDERED** that said Motion is hereby granted and the Wage Attachment entered in the herein case pursuant to Order dated September 17, 2019 is hereby terminated.

The address of the employer is:

    Family Dollar
    Attention: Payroll Administrator
    PO Box 1017
    Charlotte, NC 28201

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 30, 2024