UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MICHAEL PUTALAVAGE
TERRI PUTALAVAGE                                CHAPTER 13

                    Debtor(s)                   CASE NO: 5-19-03389MJC

## FUNDS REMITTED TO COURT

Please find hereto check number 9019226 in the amount of $261.90 representing unclaimed funds owed to Creditor, Cornerstone Education Loan Services. The Trustee is remitting the funds owed to said Creditor to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Creditor. Funds remitted to the address on file with the Court have been returned, and all attempts to contact Creditor to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 012-0 | CORNERSTONE EDUCATION LOAN SERVICES<br>PO BOX 145123<br>SALT LAKE CITY, UT 84114 | $261.90 |

Dated: September 17, 2024

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com