In re:

Michael Putalavage

Terri Putalavage

     Debtors

Case No. 19-03389-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Putalavage, Terri Putalavage, 249 Linder Street, Minersville, PA 17954-1610 |
| 5232276 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 5232277 | + | Cacl Fcu, 401 Beechwood Ave, Mar Lin, PA 17951-9800 |
| 5254283 | | CornerStone Education Loan Services, PO Box 145123, Salt Lake City, UT 84114-5123 |
| 5232281 | + | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 5232287 | | DITECH FINANCIAL LLC, POB 6172, Rapid City, SD 57709 |
| 5232284 | | Ditech, PO Box 6154, Rapid City, SD 57709 |
| 5232285 | + | Ditech, 3000 Bayport Dr.Ste. 880, Tampa, FL 33607-8409 |
| 5232286 | + | Ditech, 7360 South Kyrene Road, Tempe, AZ 85283-8432 |
| 5232283 | + | Ditech, PO Box 979282, Miami, FL 33197-9282 |
| 5257928 | + | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 5232288 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 5383418 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 20 2024 18:38:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid & Crane LLP, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 20 2024 18:38:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & P, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 5232278 | + | EDI: WFNNB.COM | Sep 20 2024 22:37:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 5232279 | + | EDI: WFNNB.COM | Sep 20 2024 22:37:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 5232280 | + | EDI: WFNNB.COM | Sep 20 2024 22:37:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 5232282 | + | EDI: MAXMSAIDV | Sep 20 2024 22:37:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5232289 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 20 2024 18:38:00 | Educational Cred Mgmt, 111 Washington Ave, Minneapolis, MN 55401 |
| 5232290 | ^ | MEBN | Sep 20 2024 18:36:08 | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5232291 | + | EDI: CAPIO.COM | Sep 20 2024 22:37:00 | Mba Law Offices/capio, 3400 Texoma Parkway, Sherman, TX 75090-1916 |

| 5232292 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Sep 20 2024 18:38:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 5253505 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Sep 20 2024 18:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5232293 | + Email/Text: Bankruptcies@nragroup.com | | |
| | | Sep 20 2024 18:38:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5232294 | + EDI: NAVIENTFKASMSERV.COM | | |
| | | Sep 20 2024 22:37:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5258798 | EDI: MAXMSAIDV | | |
| | | Sep 20 2024 22:37:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5291197 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | Sep 20 2024 18:38:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5291196 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | Sep 20 2024 18:38:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5243389 | EDI: AGFINANCE.COM | | |
| | | Sep 20 2024 22:37:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5232295 | + EDI: AGFINANCE.COM | | |
| | | Sep 20 2024 22:37:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5232296 | Email/Text: clientservices@paramountrecovery.com | | |
| | | Sep 20 2024 18:38:00 | Paramount Recovery Sys, Po Box 23369, Waco, TX 76702 |
| 5246803 | EDI: Q3G.COM | | |
| | | Sep 20 2024 22:37:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5238551 | EDI: Q3G.COM | | |
| | | Sep 20 2024 22:37:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5232297 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Sep 20 2024 18:38:00 | Transworld Sys Inc/33, Pob 15609, Wilmington, DE 19850-5609 |
| 5465641 | + Email/Text: RASEBN@raslg.com | | |
| | | Sep 20 2024 18:38:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid,Crane, PLLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 5460112 | + Email/Text: bkteam@selenefinance.com | | |
| | | Sep 20 2024 18:38:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5610422 | + Email/Text: RASEBN@raslg.com | | |
| | | Sep 20 2024 18:38:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5383418 | ^ MEBN | | |
| | | Sep 20 2024 18:36:18 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5521041 | + Email/Text: EBN@edfinancial.com | | |
| | | Sep 20 2024 18:38:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5246782 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 5246783 | *+ | Cacl Fcu, 401 Beechwood Ave, Mar Lin, PA 17951-9800 |

| | | |
|---|---|---|
| 5246784 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 5246785 | *+ | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 5246786 | *+ | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 5246787 | *+ | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 5246793 | * | DITECH FINANCIAL LLC, POB 6172, Rapid City, SD 57709 |
| 5246788 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5246791 | *+ | Ditech, 3000 Bayport Dr.Ste. 880, Tampa, FL 33607-8409 |
| 5246792 | *+ | Ditech, 7360 South Kyrene Road, Tempe, AZ 85283-8432 |
| 5246789 | *+ | Ditech, PO Box 979282, Miami, FL 33197-9282 |
| 5246790 | * | Ditech, PO Box 6154, Rapid City, SD 57709 |
| 5246794 | *+ | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 5246795 | * | Educational Cred Mgmt, 111 Washington Ave, Minneapolis, MN 55401 |
| 5246796 | *+ | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5246797 | *+ | Mba Law Offices/capio, 3400 Texoma Parkway, Sherman, TX 75090-1916 |
| 5246798 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 5246799 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5246800 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5246801 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5246802 | *P++ | PARAMOUNT RECOVERY SYSTEMS, ATTN SUSAN SANCHEZ, 7524 BOSQUE BLVD SUITE L, WACO TX 76712-3772, address filed with court:, Paramount Recovery Sys, Po Box 23369, Waco, TX 76702 |
| 5246804 | *+ | Transworld Sys Inc/33, Pob 15609, Wilmington, DE 19850-5609 |
| 5460113 | *+ | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor New Residential Mortgage LLC bkgroup@kmllawgroup.com |
| Lisa M. Doran | on behalf of Debtor 1 Michael Putalavage ldoran@dorananddoran.com  LDoran@jubileebk.net |
| Lisa M. Doran | on behalf of Debtor 2 Terri Putalavage ldoran@dorananddoran.com  LDoran@jubileebk.net |

Robert Shearer

on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Michael Putalavage** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Terri Putalavage** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

Social Security number or ITIN   xxx–xx–8180
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   xxx–xx–2211
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:19–bk–03389–MJC

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Putalavage

Terri Putalavage

**By the court:**

9/20/24

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:19-bk-03389-MJC    Doc 82    Filed 09/22/24    Entered 09/23/24 00:23:28    Desc
Imaged Certificate of Notice    Page 7 of 7