UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re: Michael Putalavage
Terri Putalavage

Case No.: 5-19-03389 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Selene |
| Court Claim Number: | 13 |
| Last Four of Loan Number: | 5992 |
| Property Address if applicable: | 249 Linder St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $9,080.64 |
| b. | Prepetition arrearages paid by the trustee: | $9,080.64 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $2,197.00 |
| f. | Postpetition arrearage paid by the trustee: | $2,197.00 |
| g. | Total b, d, and f: | $11,277.64 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage was paid through the Trustee from October 2019 to September 2024

| | |
|---|---|
| Current monthly mortgage payment: | $315.03 |
| The next post-petition payment is due on: | October 2024 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated:  September 24, 2024	Respectfully submitted,


	/s/ Jack N. Zaharopoulos
	Standing Chapter 13 Trustee
	Suite A, 8125 Adams Drive
	Hummelstown, PA  17036
	Phone:  (717) 566-6097
	Fax:  (717) 566-8313
	email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Michael Putalavage
    Terri Putalavage

                          Case No.: 5-19-03389 MJC

                          Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 24, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Lisa M Doran, Esquire
69 Public Square Suite 700
Wilkes Barre PA 18701

**Served by First Class Mail**
Selene Finance LP
ATT: BK Dept
3501 Olympus Blvd Suite 500
Dallas TX 75019

Michael Putalavage
Terri Putalavage
249 Linder St
Minersville PA 17954

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 24, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-03389     **MICHAEL PUTALAVAGE**

SELENE FINANCE LP
ATTN BK DEPT
P.O. BOX 9046
COPPELL, TX  75019-9046

Sequence: 07
Modify:
Filed Date:
Hold Code:

Acct No: 5992

|  | Amt Sched: | $0.00 | Debt: | $16,562.07 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $315.03 | Paid: | $16,562.07 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **SELENE FINANCE LP** | | | | | | | |
| 501-0 | SELENE FINANCE LP | | 09/17/2024 | 2040350 | $315.03 | $0.00 | $315.03 | |
| | | | | | | | Payment for 9/2024 | |
| 501-0 | SELENE FINANCE LP | | 08/07/2024 | 2039328 | $315.03 | $0.00 | $315.03 | 08/20/2024 |
| | | | | | | | Payment for 8/2024 | |
| 501-0 | SELENE FINANCE LP | | 07/10/2024 | 2038432 | $303.91 | $0.00 | $303.91 | 07/29/2024 |
| | | | | | | | Payment for 7/2024 | |
| 501-0 | SELENE FINANCE LP | | 06/18/2024 | 2037616 | $303.91 | $0.00 | $303.91 | 07/03/2024 |
| | | | | | | | Payment for 6/2024 | |
| 501-0 | SELENE FINANCE LP | | 05/22/2024 | 2036724 | $303.91 | $0.00 | $303.91 | 06/28/2024 |
| | | | | | | | Payment for 5/2024 | |
| 501-0 | SELENE FINANCE LP | | 04/17/2024 | 2035719 | $303.91 | $0.00 | $303.91 | 05/13/2024 |
| | | | | | | | Payment for 4/2024 | |
| 501-0 | SELENE FINANCE LP | | 03/14/2024 | 2034754 | $303.91 | $0.00 | $303.91 | 04/09/2024 |
| | | | | | | | Payment for 3/2024 | |
| 501-0 | SELENE FINANCE LP | | 02/14/2024 | 2033790 | $303.91 | $0.00 | $303.91 | 03/05/2024 |
| | | | | | | | Payment for 2/2024 | |
| 501-0 | SELENE FINANCE LP | | 01/12/2024 | 2032851 | $303.91 | $0.00 | $303.91 | 01/25/2024 |
| | | | | | | | Payment for 1/2024 | |
| 501-0 | SELENE FINANCE LP | | 12/19/2023 | 2031969 | $303.91 | $0.00 | $303.91 | 12/29/2023 |
| | | | | | | | Payment for 12/2023 | |
| 501-0 | SELENE FINANCE LP | | 11/15/2023 | 2031007 | $303.91 | $0.00 | $303.91 | 11/22/2023 |
| | | | | | | | Payment for 11/2023 | |
| 501-0 | SELENE FINANCE LP | | 10/18/2023 | 2030067 | $303.91 | $0.00 | $303.91 | 11/06/2023 |
| | | | | | | | Payment for 10/2023 | |
| 501-0 | SELENE FINANCE LP | | 09/19/2023 | 2029086 | $303.91 | $0.00 | $303.91 | 10/03/2023 |
| | | | | | | | Payment for 9/2023 | |
| 501-0 | SELENE FINANCE LP | | 08/09/2023 | 2028068 | $303.91 | $0.00 | $303.91 | 09/05/2023 |
| | | | | | | | Payment for 8/2023 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | SELENE FINANCE LP | | 07/11/2023 | 2027079 | $303.91 | $0.00 | $303.91 | 08/01/2023 |
| | | | | | | DisbDescrp | Payment for 7/2023 | |
| 501-0 | SELENE FINANCE LP | | 06/13/2023 | 2026160 | $292.44 | $0.00 | $292.44 | 07/06/2023 |
| | | | | | | | Payment for 6/2023 | |
| 501-0 | SELENE FINANCE LP | | 05/16/2023 | 2025224 | $292.44 | $0.00 | $292.44 | 05/24/2023 |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | SELENE FINANCE LP | | 04/18/2023 | 2024230 | $292.44 | $0.00 | $292.44 | 05/02/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | SELENE FINANCE LP | | 03/15/2023 | 2023184 | $292.44 | $0.00 | $292.44 | 03/30/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | SELENE FINANCE LP | | 02/15/2023 | 2022187 | $292.44 | $0.00 | $292.44 | 02/28/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | SELENE FINANCE LP | | 01/18/2023 | 2021189 | $292.44 | $0.00 | $292.44 | 02/07/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | SELENE FINANCE LP | | 12/13/2022 | 2020189 | $292.44 | $0.00 | $292.44 | 12/29/2022 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | SELENE FINANCE LP | | 11/16/2022 | 2019226 | $292.44 | $0.00 | $292.44 | 12/15/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | SELENE FINANCE LP | | 10/18/2022 | 2018207 | $292.44 | $0.00 | $292.44 | 10/28/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | SELENE FINANCE LP | | 09/13/2022 | 2017129 | $292.44 | $0.00 | $292.44 | 09/23/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | SELENE FINANCE LP | | 08/17/2022 | 2016127 | $292.44 | $0.00 | $292.44 | 09/02/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | SELENE FINANCE LP | | 07/13/2022 | 2015057 | $292.44 | $0.00 | $292.44 | 07/28/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | SPS | | 06/14/2022 | 2014107 | $292.44 | $0.00 | $292.44 | 07/19/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | SPS | | 05/17/2022 | 2013099 | $292.44 | $0.00 | $292.44 | 06/07/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | SPS | | 04/12/2022 | 2011996 | $292.44 | $0.00 | $292.44 | 04/22/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | SPS | | 03/16/2022 | 2010977 | $292.44 | $0.00 | $292.44 | 03/28/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | SPS | | 02/16/2022 | 2009978 | $292.44 | $0.00 | $292.44 | 02/28/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 01/19/2022 | 2008822 | $292.44 | $0.00 | $292.44 | 01/27/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 12/15/2021 | 2007813 | $292.44 | $0.00 | $292.44 | 12/22/2021 |
| | | | | | | | Payment for 12/2021 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 11/16/2021 | 2006788 | $292.44 | $0.00 | $292.44 | 11/22/2021 |
| | | | | | Payment for 11/2021 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 10/14/2021 | 2005759 | $292.44 | $0.00 | $292.44 | 10/20/2021 |
| | | | | | Payment for 10/2021 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 09/14/2021 | 2004714 | $292.44 | $0.00 | $292.44 | 09/20/2021 |
| | | | | | Payment for 9/2021 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/18/2021 | 2003707 | $292.25 | $0.00 | $292.25 | 08/25/2021 |
| | | | | | Payment for 8/2021 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 07/14/2021 | 2002641 | $292.25 | $0.00 | $292.25 | 07/21/2021 |
| | | | | | Payment for 7/2021 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 06/16/2021 | 2001663 | $292.25 | $0.00 | $292.25 | 06/22/2021 |
| | | | | | Payment for 6/2021 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 05/18/2021 | 2000650 | $292.25 | $0.00 | $292.25 | 05/28/2021 |
| | | | | | Payment for 5/2021 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 04/15/2021 | 1229276 | $292.25 | $0.00 | $292.25 | 04/21/2021 |
| | | | | | Payment for 4/2021 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 03/17/2021 | 1228258 | $292.25 | $0.00 | $292.25 | 03/24/2021 |
| | | | | | Payment for 3/2021 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/17/2021 | 1227243 | $292.25 | $0.00 | $292.25 | 02/24/2021 |
| | | | | | Payment for 2/2021 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 01/19/2021 | 1226222 | $292.25 | $0.00 | $292.25 | 01/29/2021 |
| | | | | | Payment for 1/2021 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 12/10/2020 | 1224437 | $292.25 | $0.00 | $292.25 | 12/24/2020 |
| | | | | | Payment for 11/2020 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 12/10/2020 | 1224437 | $292.25 | $0.00 | $292.25 | 12/24/2020 |
| | | | | | Payment for 12/2020 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 11/03/2020 | 1223495 | $292.25 | $0.00 | $292.25 | 11/13/2020 |
| | | | | | Payment for 10/2020 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 09/17/2020 | 1221671 | $291.50 | $0.00 | $291.50 | 09/24/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 09/17/2020 | 1221671 | $292.25 | $0.00 | $292.25 | 09/24/2020 |
| | | | | | Payment for 9/2020 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 07/07/2020 | 1219572 | $291.50 | $0.00 | $291.50 | 07/17/2020 |
| | | | | | Payment for 6/2020 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 07/07/2020 | 1219572 | $291.50 | $0.00 | $291.50 | 07/17/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 05/06/2020 | 1217579 | $291.50 | $0.00 | $291.50 | 05/14/2020 |
| | | | | | Payment for 5/2020 | | | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/13/2020 | 1213943 | $291.50 | $0.00 | $291.50 | 02/20/2020 |
| | | | | | Payment for 12/2019 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | DITECH FINANCIAL LLC | | 01/16/2020 | 1212160 | $291.50 | $0.00 | $291.50 | 01/22/2020 |
| | | | | | | Payment for 11/2019 | | |
| 501-0 | DITECH FINANCIAL LLC | | 12/12/2019 | 1210772 | $291.50 | $0.00 | $291.50 | 12/18/2019 |
| | | | | | | Payment for 10/2019 | | |
| | | | | Sub-totals: | $16,562.07 | $0.00 | $16,562.07 | |
| | | | | Grand Total: | $16,562.07 | $0.00 | | |

# Disbursements for Claim

**Case:** 19-03389    **MICHAEL PUTALAVAGE**

SELENE FINANCE, LP
ATTN: BANKRUPTCY DEPT
P.O. BOX 9046
COPPELL, TX  75019-

Sequence: 24
Modify:
Filed Date: 10/11/2019 12:00:00AM
Hold Code:

Acct No: 5992/POST ARREARS/249 LIN

|  | Amt Sched: | $0.00 | Debt: | $2,197.00 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $2,197.00 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5210** | **SELENE FINANCE, LP** | | | | | | | |
| 521-0 | SELENE FINANCE, LP | | 08/07/2024 | 2039330 | $44.66 | $0.00 | $44.66 | 08/20/2024 |
| 521-0 | SELENE FINANCE, LP | | 07/10/2024 | 2038433 | $47.07 | $0.00 | $47.07 | 07/29/2024 |
| 521-0 | SELENE FINANCE, LP | | 06/18/2024 | 2037617 | $42.74 | $0.00 | $42.74 | 07/03/2024 |
| 521-0 | SELENE FINANCE, LP | | 05/22/2024 | 2036725 | $42.73 | $0.00 | $42.73 | 06/28/2024 |
| 521-0 | SELENE FINANCE, LP | | 04/17/2024 | 2035720 | $47.07 | $0.00 | $47.07 | 05/13/2024 |
| 521-0 | SELENE FINANCE, LP | | 03/14/2024 | 2034755 | $51.40 | $0.00 | $51.40 | 04/09/2024 |
| 521-0 | SELENE FINANCE, LP | | 02/14/2024 | 2033791 | $47.07 | $0.00 | $47.07 | 03/04/2024 |
| 521-0 | SELENE FINANCE, LP | | 01/12/2024 | 2032852 | $47.07 | $0.00 | $47.07 | 01/25/2024 |
| 521-0 | SELENE FINANCE, LP | | 12/19/2023 | 2031970 | $47.07 | $0.00 | $47.07 | 12/29/2023 |
| 521-0 | SELENE FINANCE, LP | | 11/15/2023 | 2031008 | $47.06 | $0.00 | $47.06 | 11/22/2023 |
| 521-0 | SELENE FINANCE, LP | | 10/18/2023 | 2030068 | $47.07 | $0.00 | $47.07 | 11/06/2023 |
| 521-0 | SELENE FINANCE, LP | | 09/19/2023 | 2029088 | $50.53 | $0.00 | $50.53 | 10/03/2023 |
| 521-0 | SELENE FINANCE, LP | | 08/09/2023 | 2028069 | $52.27 | $0.00 | $52.27 | 09/11/2023 |
| 521-0 | SELENE FINANCE, LP | | 07/11/2023 | 2027080 | $50.06 | $0.00 | $50.06 | 08/02/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 521-0 | SELENE FINANCE, LP | | 06/13/2023 | 2026161 | $51.46 | $0.00 | $51.46 | 07/07/2023 |
| 521-0 | SELENE FINANCE, LP | | 05/16/2023 | 2025225 | $47.68 | $0.00 | $47.68 | 05/26/2023 |
| 521-0 | SELENE FINANCE, LP | | 04/18/2023 | 2024232 | $47.68 | $0.00 | $47.68 | 05/02/2023 |
| 521-0 | SELENE FINANCE, LP | | 03/15/2023 | 2023186 | $43.88 | $0.00 | $43.88 | 03/31/2023 |
| 521-0 | SELENE FINANCE, LP | | 02/15/2023 | 2022189 | $47.68 | $0.00 | $47.68 | 02/28/2023 |
| 521-0 | SELENE FINANCE, LP | | 01/18/2023 | 2021191 | $47.67 | $0.00 | $47.67 | 02/07/2023 |
| 521-0 | SELENE FINANCE, LP | | 12/13/2022 | 2020191 | $47.68 | $0.00 | $47.68 | 12/29/2022 |
| 521-0 | SELENE FINANCE, LP | | 11/16/2022 | 2019228 | $47.67 | $0.00 | $47.67 | 12/16/2022 |
| 521-0 | SELENE FINANCE, LP | | 10/18/2022 | 2018209 | $49.41 | $0.00 | $49.41 | 10/28/2022 |
| 521-0 | SELENE FINANCE, LP | | 09/13/2022 | 2017131 | $54.23 | $0.00 | $54.23 | 09/22/2022 |
| 521-0 | SELENE FINANCE, LP | | 08/17/2022 | 2016129 | $52.18 | $0.00 | $52.18 | 09/02/2022 |
| 521-0 | SELENE FINANCE, LP | | 07/13/2022 | 2015059 | $49.51 | $0.00 | $49.51 | 07/28/2022 |
| 521-0 | SELENE FINANCE, LP | | 06/14/2022 | 2014086 | $45.83 | $0.00 | $45.83 | 07/18/2022 |
| 521-0 | SELENE FINANCE, LP | | 05/17/2022 | 2013070 | $41.13 | $0.00 | $41.13 | 06/16/2022 |
| 521-0 | SELENE FINANCE, LP | | 04/12/2022 | 2011970 | $50.54 | $0.00 | $50.54 | 04/28/2022 |
| 521-0 | SELENE FINANCE, LP | | 03/16/2022 | 2010954 | $45.83 | $0.00 | $45.83 | 03/30/2022 |
| 521-0 | SELENE FINANCE, LP | | 02/16/2022 | 2009954 | $41.12 | $0.00 | $41.12 | 03/02/2022 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 01/19/2022 | 2008823 | $71.17 | $0.00 | $71.17 | 01/27/2022 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 12/15/2021 | 2007814 | $15.79 | $0.00 | $15.79 | 12/22/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 11/16/2021 | 2006789 | $50.54 | $0.00 | $50.54 | 11/22/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 10/14/2021 | 2005760 | $44.05 | $0.00 | $44.05 | 10/20/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 09/14/2021 | 2004715 | $48.79 | $0.00 | $48.79 | 09/20/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/18/2021 | 2003708 | $60.71 | $0.00 | $60.71 | 08/25/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 07/14/2021 | 2002642 | $44.88 | $0.00 | $44.88 | 07/21/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 06/16/2021 | 2001664 | $44.88 | $0.00 | $44.88 | 06/22/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 05/18/2021 | 2000651 | $43.10 | $0.00 | $43.10 | 05/28/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 04/15/2021 | 1229277 | $45.54 | $0.00 | $45.54 | 04/21/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 03/17/2021 | 1228259 | $45.55 | $0.00 | $45.55 | 03/24/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/17/2021 | 1227244 | $81.63 | $0.00 | $81.63 | 02/24/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 01/19/2021 | 1226223 | $53.87 | $0.00 | $53.87 | 01/29/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 12/10/2020 | 1224438 | $71.45 | $0.00 | $71.45 | 12/24/2020 |
| | | | | Sub-totals: | $2,197.00 | $0.00 | $2,197.00 | |
| | | | | Grand Total: | $2,197.00 | $0.00 | | |

# Disbursements for Claim

**Case:** 19-03389   **MICHAEL PUTALAVAGE**

**SELENE FINANCE, LP**
ATTN: BANKRUPTCY DEPT
P.O. BOX 9046
COPPELL, TX   75019-

Sequence: 24
Modify:
Filed Date: 10/11/2019 12:00:00AM
Hold Code:

Acct No: 5992/PRE ARREARS/249 LIND

|  | Amt Sched: | $52,010.41 | Debt: | $9,080.64 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $9,080.64 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **SELENE FINANCE, LP** | | | | | | | |
| 520-0 | SELENE FINANCE, LP |  | 08/07/2024 | 2039330 | $184.61 | $0.00 | $184.61 | 08/20/2024 |
| 520-0 | SELENE FINANCE, LP |  | 07/10/2024 | 2038433 | $194.54 | $0.00 | $194.54 | 07/29/2024 |
| 520-0 | SELENE FINANCE, LP |  | 06/18/2024 | 2037617 | $176.63 | $0.00 | $176.63 | 07/03/2024 |
| 520-0 | SELENE FINANCE, LP |  | 05/22/2024 | 2036725 | $176.64 | $0.00 | $176.64 | 06/28/2024 |
| 520-0 | SELENE FINANCE, LP |  | 04/17/2024 | 2035720 | $194.54 | $0.00 | $194.54 | 05/13/2024 |
| 520-0 | SELENE FINANCE, LP |  | 03/14/2024 | 2034755 | $212.45 | $0.00 | $212.45 | 04/09/2024 |
| 520-0 | SELENE FINANCE, LP |  | 02/14/2024 | 2033791 | $194.54 | $0.00 | $194.54 | 03/04/2024 |
| 520-0 | SELENE FINANCE, LP |  | 01/12/2024 | 2032852 | $194.54 | $0.00 | $194.54 | 01/25/2024 |
| 520-0 | SELENE FINANCE, LP |  | 12/19/2023 | 2031970 | $194.54 | $0.00 | $194.54 | 12/29/2023 |
| 520-0 | SELENE FINANCE, LP |  | 11/15/2023 | 2031008 | $194.55 | $0.00 | $194.55 | 11/22/2023 |
| 520-0 | SELENE FINANCE, LP |  | 10/18/2023 | 2030068 | $194.54 | $0.00 | $194.54 | 11/06/2023 |
| 520-0 | SELENE FINANCE, LP |  | 09/19/2023 | 2029087 | $208.86 | $0.00 | $208.86 | 10/03/2023 |
| 520-0 | SELENE FINANCE, LP |  | 08/09/2023 | 2028069 | $216.02 | $0.00 | $216.02 | 09/11/2023 |
| 520-0 | SELENE FINANCE, LP |  | 07/11/2023 | 2027080 | $206.89 | $0.00 | $206.89 | 08/02/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | SELENE FINANCE, LP | | 06/13/2023 | 2026161 | $212.73 | $0.00 | $212.73 | 07/07/2023 |
| 520-0 | SELENE FINANCE, LP | | 05/16/2023 | 2025225 | $197.05 | $0.00 | $197.05 | 05/26/2023 |
| 520-0 | SELENE FINANCE, LP | | 04/18/2023 | 2024232 | $197.05 | $0.00 | $197.05 | 05/02/2023 |
| 520-0 | SELENE FINANCE, LP | | 03/15/2023 | 2023186 | $181.39 | $0.00 | $181.39 | 03/31/2023 |
| 520-0 | SELENE FINANCE, LP | | 02/15/2023 | 2022189 | $197.05 | $0.00 | $197.05 | 02/28/2023 |
| 520-0 | SELENE FINANCE, LP | | 01/18/2023 | 2021191 | $197.06 | $0.00 | $197.06 | 02/07/2023 |
| 520-0 | SELENE FINANCE, LP | | 12/13/2022 | 2020191 | $197.05 | $0.00 | $197.05 | 12/29/2022 |
| 520-0 | SELENE FINANCE, LP | | 11/16/2022 | 2019228 | $197.06 | $0.00 | $197.06 | 12/16/2022 |
| 520-0 | SELENE FINANCE, LP | | 10/18/2022 | 2018209 | $204.22 | $0.00 | $204.22 | 10/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 09/13/2022 | 2017131 | $224.14 | $0.00 | $224.14 | 09/22/2022 |
| 520-0 | SELENE FINANCE, LP | | 08/17/2022 | 2016129 | $215.63 | $0.00 | $215.63 | 09/02/2022 |
| 520-0 | SELENE FINANCE, LP | | 07/13/2022 | 2015059 | $204.67 | $0.00 | $204.67 | 07/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 06/14/2022 | 2014086 | $189.44 | $0.00 | $189.44 | 07/18/2022 |
| 520-0 | SELENE FINANCE, LP | | 05/17/2022 | 2013070 | $169.95 | $0.00 | $169.95 | 06/16/2022 |
| 520-0 | SELENE FINANCE, LP | | 04/12/2022 | 2011970 | $208.92 | $0.00 | $208.92 | 04/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 03/16/2022 | 2010954 | $189.44 | $0.00 | $189.44 | 03/30/2022 |
| 520-0 | SELENE FINANCE, LP | | 02/16/2022 | 2009954 | $169.96 | $0.00 | $169.96 | 03/02/2022 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 01/19/2022 | 2008823 | $294.14 | $0.00 | $294.14 | 01/27/2022 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 12/15/2021 | 2007814 | $65.25 | $0.00 | $65.25 | 12/22/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 11/16/2021 | 2006789 | $208.92 | $0.00 | $208.92 | 11/22/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 10/14/2021 | 2005760 | $182.05 | $0.00 | $182.05 | 10/20/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 09/14/2021 | 2004715 | $201.69 | $0.00 | $201.69 | 09/20/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/18/2021 | 2003708 | $250.87 | $0.00 | $250.87 | 08/25/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 07/14/2021 | 2002642 | $185.51 | $0.00 | $185.51 | 07/21/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 06/16/2021 | 2001664 | $185.51 | $0.00 | $185.51 | 06/22/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 05/18/2021 | 2000651 | $178.12 | $0.00 | $178.12 | 05/28/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 04/15/2021 | 1229277 | $188.26 | $0.00 | $188.26 | 04/21/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 03/17/2021 | 1228259 | $188.25 | $0.00 | $188.25 | 03/24/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/17/2021 | 1227244 | $337.37 | $0.00 | $337.37 | 02/24/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 01/19/2021 | 1226223 | $222.69 | $0.00 | $222.69 | 01/29/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 12/10/2020 | 1224438 | $295.31 | $0.00 | $295.31 | 12/24/2020 |
| | | | | Sub-totals: | $9,080.64 | $0.00 | $9,080.64 | |
| | | | | Grand Total: | $9,080.64 | $0.00 | | |